FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Jaime Garcia
**SSN:** xxx–xx–4360
**EIN:** N/A
aka Jaime F Garcia, aka Jaime Francisco Garcia
Maria L Ramirez
**SSN:** xxx–xx–3516aka Maria Leticia Ramirez

7769 Clearfield Ave
Panorama City, CA 91402

**BANKRUPTCY NO.** 1:09–bk–19435–KT
**CHAPTER** 7
aka Maria Leticia Ramirez

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: November 22, 2009

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc

**9 / JW**