| Attorney or Party Name, Address. Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher J Lauria  SBN 102258<br>Law Offices of Christopher J Lauria<br>1605 W Olympic Blvd. Suite 9011<br>Los Angeles, CA 90015<br>(213) 427-9742<br>Fax (213) 427-9763<br><br>*Attorney for:* Jaime Garcia and Maria L Ramirez | FILED<br>FEB -5 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Jaime Garcia and Maria L Ramirez<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: SV 1:09-19435-KT |

## DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

(For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. **Bankruptcy Case Filing Information:**

   a. A voluntary petition under chapter  ☑ 7   ☐ 13  was filed on: 07/28/2009

   b. Because the Debtor(s) failed to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23") within the time limit set forth in F.R.B.P. 1007(c), the court closed this case without entering a discharge.

2. I, Jaime Garcia, the Debtor in this case, and Maria L Ramirez, (if joint debtors) hereby request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010; and (b) extending the time for the Debtor(s) to file the OF 23 for a period of 30 days from the date of entry of an order granting this motion.

3. The Debtor(s) failed to file the OF 23 by the original deadline, and therefore need to have the case reopened so that the required OF 23 can be filed and a discharge can be entered because: (Explain circumstances that prevented the Debtor(s) from filing the OF 23 in a timely manner.)

   The Debtor Maria L Ramirez had an emergency in Mexico and had to leave the country for a few weeks. Time pass and by the time they did the second class the case was dismissed. The Debtor's Certification of completion of postpetition instructional course concerning personal financial management and the Certificate of Education has been filed.

   and I declare this under penalty of perjury.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 5010-1.1M

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 2

| In re<br>Jaime Garcia and Maria L Ramirez | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.:SV 1:09-19435-KT |

WHEREFORE, the Debtor(s) pray(s) that this court issue an order (the form of which is submitted herewith and has been served) reopening this case and extending the time to file the OF 23 so that the Debtor(s) discharge may be entered.

_____  2/4/10         Los Angeles         CA
Debtor's Signature              Dated          City                State

_____  2/4/10         Los Angeles         CA
Joint Debtor's Signature        Dated          City                State

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                F 5010-1.1M

Debtor's Motion to Reopen Case and for Extension of Time To File Debtor's Certification of
of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| In re<br>Jaime Garcia and Maria L Ramirez | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: SV 1:09-19435-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1605 W Olympic Blvd. Suite 9011, Los Angeles, CA 90015

A true and correct copy of the foregoing document described as <u>Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification of Postpetition Istructional Course</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 2/4/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/4/10 | Patricia Contreras | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    **F 5010-1.1M**

```
American Finco
P O Box 3038
Evansville, IN  47730-3038


Amy L Goldman
Chapter 7 Trustee
221 N Figueroa Street Suite 1200
Los Angeles, CA  90012


Capital One
P O Box 5155
Norcross, GA  30091


Chas Health Advance
P O Box 4758
Carol Stream, IL  60197-4758


Chase
P O Box 15298
Wilmington, DE  19850-5298


Chase/capital one
P O Box 15298
Wilmington, DE  19850-5298


EMC Mortgage Corp
P O Box 293150
Lewisville, TX  75029-3150


Fingerhut Credit/Jeffcapsys
6250 Ridgewood Road
St. Cloud, MN  56303
```

```
Honorable Judge Kathleen Thompson
U S Bankruptcy Court
21041 Burbank Blvd Courtroom 301
Woodland Hills, CA   91367


HSBC
P O Box 17904
San Diego, CA   92177


Los Angeles Cournty Tax Collector
P O Box 54018
Los Angeles, CA   90054


Midland Credit Management
8875 Aero Drive Suite 200
San Diego, CA   92123


National Default Servicing Corp
2525 East Camelback Road Suite 200
Phoenix, AZ   85016


U S Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA   91367


Washington Mutual
P O Box 44118
Jacksonville, FL   32231-4118
```