| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher J Lauria   SBN   102258<br>Law Offices of Christopher J Lauria<br>1605 W Olympic Blvd. Suite 9011<br>Los Angeles, CA 90015<br>(213) 427-9742 / Fax  (213) 427-9763<br>*Attorney for:* Jaime Garcia and Maria L Ramirez | FILED<br>FEB -8 2010 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: | CHAPTER: 7 |
|---|---|
| Jaime Garcia and Maria L Ramirez | CASE NO.: SV 1:09-19435-KT |
| Debtor(s). | |

# ORDER ON DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

**(For Case Closed Without Entry of Discharge Due To Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))**

The above referenced case having been closed without the entry of a discharge due to noncompliance with 11 U.S.C. §§ 727(a)(11) or 1328(g)(1) attributable to the failure to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23"), and the Debtor(s) having moved to reopen the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P 5010 and for an extension of time under F.R.B.P. 1007(c) to file the OF 23 so that a discharge may be entered, and the Court, having reviewed and considered the motion,

1. ☒ The Court finds cause to reopen the case and to extend the time for the Debtor(s) to file the OF 23. Accordingly, IT IS HEREBY ORDERED that:

   a. The above-entitled bankruptcy case be, and the same is hereby, reopened pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010;
   b. A trustee shall not be appointed in this case absent further order of the Court;
   c. The deadline for the Debtor(s) to file the OF 23 is extended 30 days from the date of entry of this order;
   d. If the Debtor(s) is/are otherwise eligible, upon the filing of the OF 23, the clerk shall enter the discharge of the Debtor(s) and close the case; and
   e. In the event the OF 23 is not filed, the case shall be closed immediately after the expiration of 30 days from the date of entry of this order.

2. ☐ IT IS HEREBY ORDERED that the motion is denied without prejudice on the following grounds (*specify*):
   ☐ See Attached Page

   _____
   _____

3. ☐ This matter is set for hearing as follows:

   *Date:*          *Time:*          *Ctrm:*

4. ☐ Notice is required as follows (*specify*):    ☐ See Attached Page

   _____
   _____

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  F 5010-1.1O

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal Financial Management - Page 2

| In re<br>Jaime Garcia and Maria L Ramirez | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: SV 1:09-19435-KT |

5. ☐ The Court Further orders as follows *(specify)*:    ☐ See Attached Page

_____

_____

_____

Dated:  FEB 0 8 2010

*Kathleen Thompson*

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 5010-1.1O

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal Financial Management - Page 3

| In re<br>Jaime Garcia and Maria L Ramirez | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: SV 1:09-19435-KT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:


☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**:
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
Date                Type Name           Signature

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                            F 5010-1.1O

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal Financial Management - Page 4

| In re<br>Jaime Garcia and Maria L Ramirez | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: SV 1:09-19435-KT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 5010-1.1O

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal Financial Management - Page 5

| In re<br>Jaime Garcia and Maria L Ramirez                Debtor(s). | CHAPTER: 7<br>CASE NO.: SV 1:09-19435-KT |
|---|---|

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

___
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                   **F 5010-1.1O**

Order on Debtor's Motion to Reopen Case and for Extension of Time to File Debtor's Certification
of Completion of Postpetition Instructional Course Concerning Personal Financial Management - Page 6

| In re<br>Jaime Garcia and Maria L Ramirez | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: SV 1:09-19435-KT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 5010-1.1O

Jaime Garcia
7769 Clearfield Avenue
Panorama City, CA  91402


Maria L Ramirez
7769 Clearfield Avenue
Panorama City, CA  91402


Christopher J Lauria
1605 W Olympic Blvd Suite 9011
Los Angeles, CA  90015

American Finco
P O Box 3038
Evansville, IN   47730-3038


Amy L Goldman
Chapter 7 Trustee
221 N Figueroa Street Suite 1200
Los Angeles, CA   90012


Capital One
P O Box 5155
Norcross, GA   30091


Chas Health Advance
P O Box 4758
Carol Stream, IL   60197-4758


Chase
P O Box 15298
Wilmington, DE   19850-5298


Chase/capital one
P O Box 15298
Wilmington, DE   19850-5298


EMC Mortgage Corp
P O Box 293150
Lewisville, TX   75029-3150


Fingerhut Credit/Jeffcapsys
6250 Ridgewood Road
St. Cloud, MN   56303

Honorable Judge Kathleen Thompson
U S Bankruptcy Court
21041 Burbank Blvd Courtroom 301
Woodland Hills, CA  91367


HSBC
P O Box 17904
San Diego, CA  92177


Los Angeles Cournty Tax Collector
P O Box 54018
Los Angeles, CA  90054


Midland Credit Management
8875 Aero Drive Suite 200
San Diego, CA  92123


National Default Servicing Corp
2525 East Camelback Road Suite 200
Phoenix, AZ  85016


U S Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA  91367


Washington Mutual
P O Box 44118
Jacksonville, FL  32231-4118